1  **WORTHE HANSON & WORTHE**
   A Law Corporation
2  1851 East First Street, Suite 400
   Santa Ana, California 92705
3  Telephone (714) 285-9600
   Facsimile (714) 285-9700
4  tworthe@whwlawcorp.com

5  TODD C. WORTHE, SBN 177452
   MACKENZIE C. FOELLMER, SBN 255721
6
7  Attorneys for Defendant, UNITED AIRLINES, INC.

8  **UNITED STATES DISTRICT COURT**
9  **FOR THE STATE OF CALIFORNIA, CENTRAL DISTRICT**

| | |
|---|---|
| JOHN DOE 1, an individual; and JOHN DOE 2, an individual<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., An Illinois Corporation; ROE 1, an individual; ROE 2, an individual; ROE 3, an individual; and ROES 4 through 50, inclusive.<br><br>Defendants. | USDC Case No.:<br>[LASC Case No. 20STCV18888]<br><br>**NOTICE OF INTERESTED PARTIES**<br><br><br>Complaint Filed: 5/18/2020 |

19  **JURISDICTION** of this Court is invoked on the basis of diversity of
20 citizenship and pursuant to 28 U.S.C. §1332, and 28 U.S.C. §1446.
21
22  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**
23  **PLEASE TAKE NOTICE** that the undersigned, counsel of record for
24 Defendant, UNITED AIRLINES, INC. ("UNITED"), certifies that the following
25 listed parties have a direct, pecuniary interest in the outcome of this case. These
26 representatives are made to enable the Court to evaluate possible disqualification or
27 recusal:
28 ///

1

**PARTIES:**

Plaintiff, JOHN DOE 1

Plaintiff, JOHN DOE 2

Defendant, UNITED AIRLINES, INC.

Insurance carrier for Defendant, UNITED AIRLINES, INC., Global Aerospace Inc.

DATED: June 23, 2020           **WORTHE HANSON & WORTHE**

By: /s/ *Todd C. Worthe*
TODD C. WORTHE, ESQ.
MACKENZIE C. FOELLMER, ESQ.
Attorneys for Defendant, UNITED AIRLINES INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

On June 23, 2020, I served the foregoing document described as: **NOTICE OF INTERESTED PARTIES** to all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.   Fax Number(s):

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☐ BY ELECTRONIC SERVICE at the electronic mail address stated on the attached Service List

☒ BY MAIL as follows:
  ☒ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
  ☒ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
  ☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY OVERNIGHT DELIVERY (FEDERAL EXPRESS): I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 23, 2020, at Santa Ana, California.

GINA M. FISHER

PROOF OF SERVICE

SERVICE LIST
*John Doe 1; John Doe 2 v. United Airlines Inc., et al.*
USDC CASE NO. Unassigned
[LASC Case No. 20STCV18888]

Darren D. Darwish, Esq.
The Darwish Law Firm, APC
12301 Wilshire Blvd., Ste. 520
Los Angeles, CA 90025
(424) 369-5353 Office
**ATTORNEY FOR PLAINTIFFS, JOHN DOE 1 AND JOHN DOE 2**