# PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, Ninth Floor, Santa Ana, California 92705.

On June 30, 2020, I served the foregoing document described as: **NOTICE OF MOTION AND MOTION TO DISMISS PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TODD C. WORTHE, ESQ. IN SUPPORT; PROPOSED ORDER THEREON** to all interested parties in said action by:

☐ BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below. The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine. Fax Number(s):

☐ BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☐ BY ELECTRONIC SERVICE at the electronic mail address stated on the attached Service List

☒ BY THE COURT'S E.C.F. SYSTEM; and

☒ BY MAIL as follows:
  ☒ placing ☐ the original ☒ a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.
  ☒ I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
  ☒ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ BY OVERNIGHT DELIVERY (FEDERAL EXPRESS): I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 30, 2020, at Santa Ana, California.

/S/ Gina M. Fisher
GINA M. FISHER

**PROOF OF SERVICE**

SERVICE LIST
*John Doe 1; John Doe 2 v. United Airlines Inc., et al.*
USDC CASE NO. 2:20-cv-05554-RSWL-AGR
[LASC Case No. 20STCV18888]

Darren D. Darwish, Esq.
The Darwish Law Firm, APC
12301 Wilshire Blvd., Ste. 520
Los Angeles, CA 90025
darren@darwishfirm.com
(424) 369-5353 Office
**ATTORNEY FOR PLAINTIFFS, JOHN DOE 1 AND JOHN DOE 2**

Benjamin A. Azizian, Esq.
Azizian Law, P.C.
3450 Wilshire Blvd., Ste. 304
Los Angeles, CA 90010
(888) 914-6670 Office
(888) 914-8322 Facsimile
benji@azizianlaw.com
**ATTORNEY FOR PLAINTIFFS, JOHN DOE 1 and JOHN DOE 2**

**PROOF OF SERVICE**