| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | CENTRAL DISTRICT OF CALIFORNIA |
| JOHN DOE 1; AN INDIVIDUAL; AND JOHN DOE 2, AN INDIVIDUAL, <br><br>Plaintiffs, <br><br>vs. <br><br>UNITED AIRLINES, INC., AN ILLINOIS CORPORATION; ROE 1, AN INDIVIDUAL; ROE 2, AN INDIVIDUAL; ROE 3, AN INDIVIDUAL, AND ROES 4 THROUGH 50, INCLUSIE. <br><br>Defendant | CASE NO.: 2:20-cv-05554-RSWL-AGR <br>BEFORE THE HONORABLE Ronald S.W. Lew <br><br>[PROPOSED] ORDER ON MOTION TO DISMISS PORTIONS OF PLAINTIFFS' SECOND AMENDED COMPLAINT <br><br>[*Federal Rules of Civil Procedure*, Rule 12(b)(6)] <br><br>DATE: December 1, 2020 <br>TIME: 10:00 A.M. <br>CRTRM: TBD <br><br>Complaint Filed: May 18, 2020 |

**TO THE PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

1

**GOOD CAUSE APPEARING, THEREFORE** and pursuant to Defendant, UNITED AIRLINES, INC. ("United")'s motion to dismiss, the opposition and reply paper, and oral argument thereon:

United's motion to dismiss plaintiffs' causes of action for violation of the Unruh Act, is hereby GRANTED and the causes of action are DISMISSED without leave to amend; and

United's motion to dismiss plaintiffs' prayer for punitive damages, treble damages, attorneys' fees is hereby GRANTED and the damages are DISMISSED without leave to amend.

**IT IS SO ORDERED.**

DATED: _____, 2020            _____
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT