Darren D. Darwish, Esq. (SBN 305797)
**THE DARWISH LAW FIRM, APC**
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone: (424) 369-5353
Facsimile: (424) 369-5356
Email:        darren@darwishfirm.com

Benjamin A. Azizian, Esq. (SBN 298987)
**AZIZIAN LAW, P.C.**
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone: (888) 914-6670
Facsimile: (888) 914-8322
Email:        benji@azizianlaw.com

Attorneys for Plaintiffs, JOHN DOE 1 and JOHN DOE 2

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 1, an individual; and JOHN DOE 2, an individual,<br><br>         Plaintiffs,<br><br>         v.<br><br>UNITED AIRLINES, INC., an Illinois Corporation; ROE 1, an individual; ROE 2, an individual; ROE 3, an individual; and ROES 4 through 50, inclusive,<br><br>         Defendants. | Case No.: 2:20-cv-05554-RSWL-AGR<br><br>**NOTICE OF SCHEDULING CONFERENCE** |

**TO ALL PARTIES THAT HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the above captioned matter is set for a Scheduling Conference on June 29, 2021 at 10:00 A.M. The conference will be held pursuant to F.R.Civ.P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by F.R.Civ.P. 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

If counsel has received a "Notice to Parties of Court-Directed ADR Program" (form ADR-08), the Court will presumptively refer the case to the Court Mediation Panel or to private mediation at the time of the initial scheduling conference. See General Order 11-10, § 5.1. Counsel are directed to furnish and discuss this Notice with their clients in preparation for the parties' Fed.R.Civ.P. 26(f) conference. Counsel should include their shared or separate views regarding a preference for the Court Mediation Panel or private mediation, and when the mediation should occur, in the written report required by Fed.R.Civ.P. 26(f) and Civil L.R. 26-1. A settlement conference with a magistrate judge is generally not available for cases in the Court-Directed ADR Program. See Civil L.R. 26-1(c). For information about the Court's ADR Program, please see General Order 11-10 which is located in the "General Orders" section on the home page and in the "ADR" page of the Court's website.

Plaintiffs' counsel was ordered to give notice of the Scheduling Conference to all parties that have appeared in this action, and was directed to give notice of the Scheduling Conference immediately to each party that makes an initial appearance in this action after this date.

///

///

1    Attached hereto as Exhibit "A" is a true and correct copy of the Court's
2  Minute Order re Scheduling Conference.

3

4  Dated: May 21, 2021                **THE DARWISH LAW FIRM, APC**

5

6                                   By:   */s/ Darren D. Darwish*
7                                          Darren D. Darwish, Esq.
                                           Attorneys for Plaintiffs
8                                          JOHN DOE 1 and JOHN DOE 2

9  Dated: May 21, 2021                **AZIZIAN LAW, P.C.**

10

11                                  By:   */s/ Benjamin A. Azizian*
12                                         Benjamin A. Azizian, Esq.
                                           Attorneys for Plaintiffs
13                                         JOHN DOE 1 and JOHN DOE 2

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SCHEDULING CONFERENCE

# EXHIBIT A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-5554-RSWL(AGRx) | Date | May 20, 2021 |
|---|---|---|---|
| Title | *JOHN DOE 1;ET AL. v. UNITED AIRLINES, INC.* | | |

Present: The Honorable | Ronald S.W. Lew, Senior, U.S. District Court Judge

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: | Attorneys Present for Defendants:

Not Present | Not Present

**Proceedings:**     (IN CHAMBERS)

The above matter is set for a Scheduling Conference on **June 29, 2021 at 10:00 A.M.** The conference will be held pursuant to F.R.Civ.P. 16(b).  The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by F.R.Civ.P. 26 and the Local Rules of this Court.  Failure to comply may lead to the imposition of sanctions.

If counsel has received a "Notice to Parties of Court-Directed ADR Program" (form ADR-08), the Court will presumptively refer the case to the Court Mediation Panel or to private mediation at the time of the initial scheduling conference. See General Order 11-10, § 5.1. Counsel are directed to furnish and discuss this Notice with their clients in preparation for the parties' Fed.R.Civ.P. 26(f) conference.  Counsel should include their shared or separate views regarding a preference for the Court Mediation Panel or private mediation, and when the mediation should occur, in the written report required by Fed.R.Civ.P. 26(f) and Civil L.R. 26-1. A settlement conference with a magistrate judge is generally not available for cases in the Court-Directed ADR Program.  See Civil L.R. 26-1(c).  For information about the Court's ADR Program, please see General Order 11-10 which is located in the "General Orders" section on the home page and in the "ADR" page of the Court's website.

Plaintiff counsel is directed to give notice of the Scheduling Conference to all parties that have appeared in this action, and is directed to give notice of the Scheduling Conference immediately to each party that makes an initial appearance in this action after this date.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
                                                  )ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 11400 West Olympic Blvd., Suite 200, Los Angeles, CA 90064.

On May 21, 2021, I served true copies of the following document(s) described as:

**NOTICE OF SCHEDULING CONFERENCE**

on the interested parties in this action as follows:

| | |
|---|---|
| Todd C. Worthe, Esq.<br>Mackenzie C. Foellmer, Esq.<br>WORTHE HANSON & WORTHE<br>1851 East First Street, Suite 400<br>Santa Ana, California 82705<br>TWorthe@Whwlawcorp.com<br>mfoellmer@whwlawcorp.com | Counsel for Defendant United Airlines, Inc. |
| Benjamin Azizian, Esq.<br>AZIZIAN LAW, P.C.<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>Email: benji@azizianlaw.com | Co-Counsel for Plaintiffs John Doe 1 and John Doe 2 |

☒      **BY ELECTRONICALLY FILING:** By electronically filing the foregoing document with the Clerk of the United States District Court, Central District of California, using its ECF system, which electronically notifies the persons registered with the ECF System.

☒      **BY ELECTRONIC MAIL (E-MAIL):** I caused such document to be emailed to the above-listed addressee(s).

☒      (Federal)      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 21st day of May 2021 at Los Angeles, California.

*/s/ Darren Darwish*
Darren Darwish

1