Darren D. Darwish, Esq. (SBN 305797)
**THE DARWISH LAW FIRM, APC**
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone:  (424) 369-5353
Facsimile:  (424) 369-5356
Email:      darren@darwishfirm.com

Benjamin A. Azizian, Esq. (SBN 298987)
**AZIZIAN LAW, P.C.**
145 South Spring Street, Suite 850
Los Angeles, CA 90012
Telephone:  (888) 914-6670
Facsimile:  (888) 914-8322
Email:      benji@azizianlaw.com

Attorneys for Plaintiffs, JOHN DOE 1 and JOHN DOE 2

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 1, an individual; and JOHN DOE 2, an individual,<br><br>             Plaintiffs,<br><br>             v.<br><br>UNITED AIRLINES, INC., an Illinois Corporation; ROE 1, an individual; ROE 2, an individual; ROE 3, an individual; and ROES 4 through 50, inclusive,<br><br>             Defendants. | Case No.: 2:20-cv-05554-RSWL-AGR<br><br>**JOINT RULE 26(f) DISCOVERY PLAN**<br><br>Scheduling Conf.: June 29, 2021<br>Time: 10:00 A.M. |

**WORTHE HANSON & WORTHE**
TODD C. WORTHE – State Bar No. 177452
MACKENZIE C. FOELLMER – State Bar No. 255721
1851 East First Street, Suite 860
Santa Ana, California 82705
Telephone (714) 285-9600
Facsimile (714) 285-9700
TWorthe@Whwlawcorp.com

The "Parties," collectively defined as Plaintiffs JOHN DOE 1 and JOHN DOE 2 and Defendant UNITED AIRLINES, INC. ("United") hereby submit this Joint Rule(f) Report and Discovery Plan, pursuant to Federal Rules of Civil Procedure Rule 26 and Local Rule 26-1.

On June 7 and 8, 2021[1], the Parties, by and through their respective counsel, met and conferred by telephone and by change of correspondence as required by Rule 26 and Local Rule 26-1. During the conference of parties, the matters set forth in Rule 26(f) and Local Rule 26-1 were discussed. The following are the results of the discussions between counsel for the Parties:

**A.    Subject Matter Jurisdiction:**

Subject matter jurisdiction is *currently* based upon the provisions of 28 U.S.C. § 1332, on the basis of diversity of citizenship.

Plaintiffs reserve the right to file a motion to remand pursuant 28 U.S. Code § 1447, should diversity be destroyed.

**B.    Legal Issues:**

Although it is difficult to anticipate unusual substantive, procedural, or evidentiary issues this early in the case, key legal issues will involve those typically attending violation of Unruh Act (California Civil Code § 51), sexual assault, sexual battery (California Civil Code § 1708.5), battery, intentional infliction of emotional distress, negligence, and negligent hiring, training, supervision, and retention. Further, issues regarding Defendant United's policies and procedures to prevent, report, and respond to sexual harassment and assault on a flight.

**C.    Discovery Issues:**

At this time, Plaintiffs' discovery priority is maintaining their anonymity as they have brought forth this action under fictitious names to protect their identities.

---

[1] The Parties will report to the Court and exchange initial disclosures not later than 14 days after June 8, 2021.

Should the need arise, Plaintiffs will first meet and confer with Defendant(s) to limit and narrow the scope of discovery, while maintaining the right to request protective orders. Defendant United agrees to stipulate to a protective order should it be necessary.

Although it is difficult to anticipate unusual discovery issues this early in the case, key discovery issues will involve those typically attending violation of Unruh Act (California Civil Code § 51), sexual assault, sexual battery (California Civil Code § 1708.5), battery, intentional infliction of emotional distress, negligence, and negligent hiring, training, supervision, and retention. Further, Defendant United's policies and procedures to prevent, report, and respond to sexual harassment and assault on a flight will be a potential point of contention. The Parties will meet and confer on any discovery issues in order to limit any motion practice.

**D.     Evidence, Witnesses, Etc.:**

Evidence will consist of witness testimony, documentary evidence, and any potential videos and photographs of the incident and the Parties. Documentary evidence will likely include medical records, any incident reports, Defendant United's policies and procedures, and videos and photographs of the incident and the Parties. The Parties have/will retain expert witnesses. Lay witnesses include percipient witnesses, other individuals, including, passengers, flight attendants, and other airline personnel. The Parties to the action, or their representatives, are also anticipated to be witnesses at the time of trial.

**E.     Initial Disclosures:**

The Parties herein will exchange their initial disclosures pursuant to the requirements of FRCP 26(a).

**F.     Trial Estimate:**

The Parties request a jury trial and anticipate at least 10 to 12 days, excluding jury selection, openings, and closing.

///

### G.   Discovery Cut-Off Date:

Defendant United answered Plaintiffs' Third Amended Complaint on May 20, 2021. The Parties have agreed, and propose to this Honorable Court, that the discovery cut-off date be March 1, 2022 (approximately 8 months from the Scheduling Conference, which is set for June 29, 2021. The Parties may seek to continue discovery periods depending on any issues that may arise, including, the identification and appearance of Roe Defendants and the addition of Roe Defendants.

### H.   Amending the Pleadings and Adding Parties:

Plaintiffs anticipate amending the pleadings to include identification and appearance(s) of Roe Defendants as well as joining any additional parties that are identified by way of discovery. The Parties agree that the deadline for filing motions to amend the pleadings or to add parties will be December 1, 2021, which is 90 days prior to the proposed discovery cut-off date of March 1, 2022.

### I.   Disclosure of Experts Pursuant to FRCP 26(a)(2):

Pursuant to FRCP 26(a)(2)(D), the Parties agree that the deadline for expert disclosures will be December 31, 2021, which is 60 days before the discovery cut-off date. Additionally, the Parties agree that rebuttal-expert disclosures will be January 31, 2022, which is 30 days after the initial disclosure of experts (adjusted for weekend). The Parties may seek to continue discovery periods.

### J.   Dispositive Motions:

The Parties agree that the deadline for filing dispositive motions is March 31, 2022, which is 30 days after the discovery cut-off date.

### K.   Pretrial Order:

The Parties agree that the deadline for the joint pretrial order is May 2, 2022, which is 30 days after the dispositive-motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**L.**     **FRCP 26(a)(3) Disclosures (Pretrial Disclosures):**

The Parties agree that the disclosures required by FRCP 26(a)(3) and any objections to them must be included in the joint pretrial order.

**M.**     **Alternative Dispute Resolution:**

The Parties certify that they have met and conferred about the possibility of using alternative dispute resolution. The Parties agreed on the possibility of participating in private mediation and/or Court Mediation Panel. Plaintiffs prefer private mediation; however, they are open to Court Mediation Panel.

The Parties agreed that ADR will be completed on or before May 2, 2022, which is 30 days after the dispositive-motion deadline. If dispositive motions are filed, the deadline for ADR completion will be suspended until 30 days after decision on the dispositive motions or further court order.


Dated: June 22, 2021                    **THE DARWISH LAW FIRM, APC**


                              By:   */s/ Darren D. Darwish*
                                    Darren D. Darwish, Esq.
                                    Attorneys for Plaintiffs
                                    JOHN DOE 1 and JOHN DOE 2


Dated: June 22, 2021                    **AZIZIAN LAW, P.C.**


                              By:   */s/ Benjamin A. Azizian*
                                    Benjamin A. Azizian, Esq.
                                    Attorneys for Plaintiffs
                                    JOHN DOE 1 and JOHN DOE 2

///

///

1  Dated: June 22, 2021                    **WORTHE HANSON & WORTHE**

2

3                                    By:    */s/ Todd Worthe*

4                                          Todd C. Worthe, Esq.

5                                          Mackenzie C. Foellmer, Esq.
                                           Attorneys for Defendant, UNITED
6                                          AIRLINES, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )

                                    )ss

COUNTY OF LOS ANGELES    )

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 11400 West Olympic Blvd., Suite 200, Los Angeles, CA 90064.

       On June 22, 2021, I served true copies of the following document(s) described as:

       **JOINT RULE 26(f) DISCOVERY PLAN**

       on the interested parties in this action as follows:

| | |
|---|---|
| Todd C. Worthe, Esq.<br>Mackenzie C. Foellmer, Esq.<br>WORTHE HANSON & WORTHE<br>1851 East First Street, Suite 400<br>Santa Ana, California 82705<br>TWorthe@Whwlawcorp.com<br>mfoellmer@whwlawcorp.com | Counsel for Defendant United Airlines, Inc. |
| Benjamin Azizian, Esq.<br>AZIZIAN LAW, P.C.<br>145 South Spring Street, Suite 850<br>Los Angeles, CA 90012<br>Email: benji@azizianlaw.com | Co-Counsel for Plaintiffs John Doe 1 and John Doe 2 |

☒    **BY ELECTRONICALLY FILING:** By electronically filing the foregoing document with the Clerk of the United States District Court, Central District of California, using its ECF system, which electronically notifies the persons registered with the ECF System.

☒    **BY ELECTRONIC MAIL (E-MAIL):** I caused such document to be emailed to the above-listed addressee(s).

☒    (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

       Executed this 22nd day of June 2021 at Los Angeles, California.

                            */s/ Darren Darwish*
                                Darren Darwish