AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JOHN DOE 1, an individual; and JOHN DOE 2, an individual<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED AIRLINES, INC., an Illinois Corporation; KRISTA VACCARELLA, an individual; ROE 2, an individual; ROE 3, an individual; and ROES 4 through 50, inclusive<br><br>*Defendant(s)* | Civil Action No. 2:20-cv-05554-RSWL-AGR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Krista Vaccarella
  12 Shadow Hill Way
  Hackettstown, NJ 07840

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Darwish Law Firm, APC - Darren Darwish, Esq.
  11400 West Olympic Blvd., Suite 200, Los Angeles, CA 90064

  Azizian Law, P.C. - Benjamin Azizian, Esq.
  145 South Spring Street, Suite 850, Los Angeles, CA 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
  *Signature of Clerk or Deputy Clerk*