**WORTHE HANSON & WORTHE**
TODD C. WORTHE – State Bar No. 177452
MACKENZIE C. FOELLMER – State Bar No. 255721
1851 East First Street, Suite 860
Santa Ana, California 82705
Telephone (714) 285-9600
Facsimile (714) 285-9700
TWorthe@Whwlawcorp.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 1; AN INDIVIDUAL; and JOHN DOE 2, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC., AN ILLINOIS CORPORATION; ROE 1, AN INDIVIDUAL; ROE 2, AN INDIVIDUAL; ROE 3, AN INDIVIDUAL; AND ROES 4 THROUGH 50, INCLUSIVE.<br><br>Defendant | CASE NO. 2:20-cv-05554-RSWL(AGRx)<br>BEFORE THE HONORABLE Ronald S.W. Lew<br><br>**ANSWER TO FOURTH AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY**<br><br>Complaint Filed:  May 18, 2020 |

**COMES NOW**, Defendant, UNITED AIRLINES, INC. ("**UNITED**"), in

answering the Fourth Amended Complaint of Plaintiffs, JOHN DOE 1; and JOHN

DOE 2, for itself alone and for no other Defendant, admits, denies and alleges as

follows:

///

///

1

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 1:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 2:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 3:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 4:**

Admit.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 5:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5, and based thereon, denies the allegations contained therein.

///

///

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 6:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 7:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 8:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 9:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 10:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 11:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 12:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 13:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 14:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 15:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 16:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 17:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 18:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 19:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 20:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 21:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 22:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22, and based thereon, denies the allegations contained therein.

///

///

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 23:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 24:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 25:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 26:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 27:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 28:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 29:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 30:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 31:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 32:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 33:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 34:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 35:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 36:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 37:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 38:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 39:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 40:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 41:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 42:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 43:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 44:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 45:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 46:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 47:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 48:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 49:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 50:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 51:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 52:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 53:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 54:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 55:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 56:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 57:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 58:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 59:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 60:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 61:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 62:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 63:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 64:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 65:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 66:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 67:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 68:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 69:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 70:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 71:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 72:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72, and based thereon, denies the allegations contained therein.

///

///

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 73:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 74:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 75:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 76:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 77:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 78:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 79:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 80:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 81:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 82:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 83:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 84:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 85:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 86:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 87:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 88:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 89:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 90:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 91:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 92:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 93:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 94:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 95:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 96:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 97:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 98:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 99:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 100:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 101:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 102:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 103:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 104:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 105:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 106:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 107:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 108:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 109:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 110:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 111:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 112:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 113:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 114:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 115:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 116:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 117:**

Defendant alleges that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117, and based thereon, denies the allegations contained therein.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 118:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 119:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 120:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 121:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 122:**

Deny.

**ANSWERING THE ALLEGATIONS OF PARAGRAPH 123:**

Deny.

## **GENERAL DENIAL**

1.     Under the provisions of Section 431.30 of the *California Code of Civil Procedure*, this answering defendant denies each and every allegation and all of the allegations of said unverified fourth amended complaint of Plaintiff and the whole thereof, and further expressly denies that as a direct or proximate result of any act or omission on the part of this answering defendant, that plaintiff has sustained injury or damage in the amount alleged or in any amount at all.

## **AS A FIRST, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:**

2.     That the Fourth Amended Complaint on file herein, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action against this answering Defendant.

## **AS A SECOND, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:**

3.     That at all times herein relevant the plaintiffs failed to use due, adequate, reasonable or any care for their own safety and well-being and that said failure proximately resulted in all, or some portion, of the injuries or damages alleged to have been suffered by Plaintiffs and that Plaintiffs are thereby barred and precluded from recovering all or such portion of said damages to the extent that Plaintiffs were responsible therefor.

## AS A THIRD, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

4.     That at the time and place of the incident described in the Fourth Amended Complaint on file herein, and prior thereto, plaintiffs voluntarily and knowingly assumed the risk of injury and/or damage, if any, and by reason thereof, plaintiffs are barred from any recovery herein.

## AS A FOURTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

5.     That if the allegations contained in the Fourth Amended Complaint are true, and the plaintiffs were injured and/or damaged as alleged, this answering defendant alleges that said injuries and/or damages, if any, the whole or part thereof, were and are the proximate and direct result of the recklessness, carelessness and negligence of the plaintiffs, persons, individuals, entities, other than this answering defendant, and, in the event that this answering defendant is found to be liable to the plaintiffs herein in any manner whatsoever, or at all, this answering defendant prays for leave of Court to compare their negligence with the negligence of such other plaintiffs, persons, individuals and entities whose conduct may, wholly or in part, have contributed to whatever injuries and/or damages said plaintiffs sustained and to require that any judgment rendered herein in favor of

plaintiffs and against this answering defendant be in an amount directly proportionate to said Defendant and plaintiffs' individual degrees of fault.

## AS A FIFTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

6.      Under and pursuant to the terms of *Civil Code* §§l43l.l through l435.5, plaintiffs are barred and precluded from recovery against this answering defendant for any non-economic damages except those allocated to this defendant in direct proportion of its percentage of fault, if any such fault or damages there be.

## AS A SIXTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

7.      That the incident and resulting injuries, if any, as alleged in the Fourth Amended Complaint, were proximately and totally caused by the sole negligence of the plaintiffs and but for the aforesaid conduct the incident and alleged injuries and damages would not have occurred.

## AS A SEVENTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE,THIS ANSWERING DEFENDANT ALLEGES:

8.      If any injuries alleged were caused by negligence, this defendant requests that negligence of all persons or parties in a degree to which such negligence contributed to the alleged incident, or the nature and extent of the injuries actually sustained be determined by the trier of fact.

## AS AN EIGHTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE,THIS ANSWERING DEFENDANT ALLEGES:

9.      That the incident and resulting injuries and damages, if any, as alleged in the Fourth Amended Complaint, were solely and proximately caused and contributed to by the negligence and carelessness of the plaintiff in that plaintiffs failed to exercise ordinary care and caution for their safety that an ordinary prudent person would have exercised under the same similar circumstances.

## AS A NINTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

10.     The Plaintiffs delayed in notifying UNITED AIRLINES, INC., of the alleged incident and, as a result, Plaintiffs are guilty of Laches which bars them from any recovery herein.

## AS A TENTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

11.     The acts and omissions of  this answering Defendant, if any, as alleged in Plaintiffs' Fourth Amended Complaint, were not an actual or proximate cause of the loss, damage, or injury, if any, for which Plaintiffs seek recovery.

## AS AN ELEVENTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

12.     The Fourth Amended Complaint fails to state sufficient facts for recovery of reasonable attorney's fees and the prayer for reasonable attorney's fees is irrelevant, false and improper matter which is not drawn or filed in conformity with the laws of this State.

### AS A TWELFTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

13.     That the claims and damages alleged by Plaintiffs are preempted by the Airline Deregulation Act of 1978 and the Federal Aviation Act of 1958 and, as a result thereof, Plaintiffs are barred from any recovery herein.

### AS A THIRTEENTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

14.     The Fourth Amended Complaint fails to state sufficient facts for recovery of treble damages and the prayer for treble damages is irrelevant, false and improper matter which is not drawn or filed in conformity with the laws of this State.

### AS A FOURTEENTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

15.     The Fourth Amended Complaint fails to state sufficient facts for recovery of punitive damages and the prayer for punitive and exemplary damages

is irrelevant, false and improper matter which is not drawn or filed in conformity with the laws of this State.

## AS A FIFTEENTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

16.    The alleged acts of this answering Defendant were not willful, outrageous, extreme, intentional, or reckless and Plaintiffs did not suffer severe emotional distress as a result of this answering Defendant's alleged acts.

## AS A SIXTEENTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

17.    Plaintiffs' claims for punitive damages, treble damages and violation of the Unruh Act are barred in whole or in part, because Plaintiffs has not alleged, and cannot allege, facts demonstrating that this answering Defendant's conduct was willful, intentional, or reckless and this answering Defendant is not liable.

## AS A SEVENTEENTH, SEPARATE, FURTHER AND AFFIRMATIVE DEFENSE, THIS ANSWERING DEFENDANT ALLEGES:

18.    This answering Defendant presently has insufficient knowledge and information upon which to form a belief as to whether they may have additional, and as yet unstated, affirmative defenses available.  As such, this answering Defendant reserves the right to assert additional affirmative defenses in the event discovery reveals facts which render them appropriate.

**WHEREFORE**, this answering defendant prays for judgment as follows:

l.      That plaintiffs take nothing by way of their Fourth Amended Complaint;

2.      For costs of suit incurred; and

3.      For such other and further relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Defendant, UNITED AIRLINES, INC., hereby demands Trial by jury.

DATED: September 7, 2021      **WORTHE HANSON & WORTHE**


By: */s/ Todd Worthe*
TODD C. WORTHE
MACKENZIE C. FOELLMER
Attorneys for Defendant, UNITED AIRLINES, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA)
                    )ss
COUNTY OF ORANGE   )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action.  My business address is 1851 East First Street, Ste. 860, Santa Ana, California 92705.

On September 7, 2021, I served the foregoing document described as: **ANSWER TO THIRD AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY** to all interested parties in said action by:

☐    BY FACSIMILE TRANSMISSION from FAX No. (714)285-9700 to the FAX number(s) listed below.  The facsimile machine I used complied with Rule 2003(3) and no error was report by the machine.    Fax Number(s):

☐    BY PERSONAL SERVICE as follows: I caused such envelope to be delivered by hand to the offices of the addressee.

☐    BY ELECTRONIC SERVICE at the electronic mail address stated on the attached Service List

☒    BY THE COURT'S E.C.F. SYSTEM; and

☐    BY MAIL as follows:

           ☐    placing ☐ the original ☐ a true copy thereof in a sealed envelope
           addressed as stated on the ATTACHED MAILING LIST.
           ☐    I deposited such envelope in the mail at Santa Ana, California.  The
           envelope was mailed with postage thereon fully prepaid.
      ☐    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐    BY OVERNIGHT DELIVERY (FEDERAL EXPRESS): I deposited such an envelope in a box or other facility regularly maintained by express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents in an

envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served as indicated on the attached Service List, at the office address as last given by that person on any document filed in the case and served o the party making service.

☐    STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒    FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 7, 2021, at Santa Ana, California.

_____/S/ Gina M. Fisher_____

GINA M. FISHER

31

SERVICE LIST
*John Doe 1; John Doe 2 v. United Airlines Inc., et al.*
USDC CASE NO. 2:20-cv-05554-RSWL-AGR
[LASC Case No. 20STCV18888]


Darren D. Darwish, Esq.
The Darwish Law Firm, APC
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064
darren@darwishfirm.com
(424) 369-5353 Office
**ATTORNEY FOR PLAINTIFFS, JOHN DOE 1 AND JOHN DOE 2**


Benjamin A. Azizian, Esq.
Azizian Law, P.C.
145 South Spring Street, Suite 850
Los Angeles, CA 90012
(888) 914-6670 Office
(888) 914-8322 Facsimile
benji@azizianlaw.com
**ATTORNEY FOR PLAINTIFFS, JOHN DOE 1 and JOHN DOE 2**