**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 1; et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED AIRLINES, INC.; et al.,<br><br>   Defendants. | CV 20-5554-RSWL-AGR<br><br>**ORDER re: Plaintiffs' Motion to Remand** [44] |

  Currently before the Court is a Motion to Remand ("Motion") [44] filed by Plaintiffs John Doe 1 and John Doe 2 ("Plaintiffs") on November 12, 2021. Defendant United Airlines submitted a Notice of Non-opposition [45] to the Motion on November 23, 2021. Having reviewed all papers submitted pertaining to the Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:** the Court **GRANTS** the Motion. This matter is hereby remanded to The Superior Court of California, County of Los Angeles,

1

and all matters currently scheduled in this federal action are taken off calendar.

**IT IS SO ORDERED.**

DATED: December 1, 2021    /s/ Ronald S.W. Lew
                           **HONORABLE RONALD S.W. LEW**
                           Senior U.S. District Judge